IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Melkis De Jesus Gomez Martinez,** *Petitioner,* | § § § | |
| v. | § § § | NO. 1:26-CV-00202-ADA-DH |
| **Miguel Vergara, in his official capacity as Field Office Director, San Antonio Field Office, United States Immigration and Customs Enforcement, et al.,** *Respondents.* | § § § § § § § | |

## FINAL JUDGMENT

On February 13, 2026, Respondents filed a Status Report confirming that Petitioner was released in accordance with the Court's order. Dkt. 9. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED** that the Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on February 17, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE